IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RICKY BASS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NO. 3:11-00440 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| CIGNA GROUP INSURANCE, et al, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Counsel for the parties failed to appear at the initial case management conference. The initial case management conference is reset for **Friday, September 16, 2011 at 2:00 p.m.** Any party's failure to appear at this conference will result in dismissal of this action or award of judgment, as appropriate.

It is so **ORDERED**.

ENTERED this the 25th day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge