UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY E. BASS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 3:11-CV-00440 |
| CIGNA GROUP INSURANCE and NASHVILLE WIRE PRODUCTS COMPANY, | ) ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this case be dismissed, with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

IT IS SO ORDERED this ___ day of _____, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge